| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| Person Reporting (La t name, First na c, Middle initial)<br>LASKER, Morris E | 2. Cou t or Organization<br>U.S. District Court (D.MA) | 3. Date of epo t<br>5/5/2005 |
| --- | --- | --- |
| Title (Article III Judges indicate active or senior status; nagistrate judges indicate full- or part-time)<br>U.S. District Judge (Sr.) | 5. ReportType (check appropriate type)<br>⬤ Nomination, Date 6/24/1968<br>⬤ Initial ⬤ Annual ⬤ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| Chambers or Office Add ess<br>U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

**POSITIONS.** (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

**I. AGREEMENTS.** (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 MAY 11 A 10 48 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

1 NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| | | |

I. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

2 NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LASKER, Morris E | 5/5/2005 |

## II. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Bank of America (formerly Fleet Bank) | B | Interest | J | V | | | | | |
| Royal Dutch | D | Dividend | J | T | | | | | |
| Cambridge Trust | A | Interest | J | V | | | | | |
| Equi-Serve | | | J | T | | | | | |
| Prudential Financial | A | Dividend | J | T | | | | | |
| DQE | A | Dividend | J | T | | | | | |
| Anandarko | A | Dividend | J | T | | | | | |
| Delphi Automotive | A | Dividend | J | T | | | | | |
| Exxon | A | Dividend | J | T | | | | | |
| General Motors | A | Dividend | J | T | | | | | |
| EDS | A | Dividend | J | T | | | | | |
| AT&T | A | Dividend | J | T | | | | | |
| Union Pacific | A | Dividend | J | T | | | | | |
| Scottish Power | A | Dividend | J | T | | | | | |
| Exxon Mobil | B | Dividend | J | T | | | | | |
| Freeport McMoran Copper & Gold | B | Dividend | J | T | | | | | |
| IBM | A | Dividend | J | T | | | | | |
| Proctor & Gamble | A | Dividend | J | T | | | | | |

Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LASKER, Morris E | 5/5/2005 |

## II. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, rocrages, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 J-P | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Smucker JM Co. (New) | A | Dividend | J | T | | | | | |

| Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,00,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____5/5/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544